

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court Nos. 6330 & 6328
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED November 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice